# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOZIER LAW FIRM LLC, on behalf of itself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GRAY TELEVISION, INC.; HEARST COMMUNICATIONS; NEXSTAR MEDIA GROUP, INC.; TEGNA INC.; TRIBUNE MEDIA COMPANY; and SINCLAIR BROADCAST GROUP, INC., )<br>)<br>Defendants. )<br>) | Case No. 1:18-cv-05392<br><br>Hon. Virginia M. Kendall |

## DEFENDANT TEGNA INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant TEGNA Inc. states that it is a publicly held corporation; it has no parent corporation; and no publicly held company owns more than 5% of TEGNA Inc.

Dated: August 30, 2018

Respectfully submitted,

/s/ *Ross B. Bricker*
Ross B. Bricker
Sally K. Sears Coder
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
Tel: 312-222-9350
Fax: 312-527-0484
rbricker@jenner.com
ssearscoder@jenner.com

*Attorneys for TEGNA Inc.*

# CERTIFICATE OF SERVICE

I, Sally K. Sears Coder, an attorney, certify that on August 30, 2018, I caused the foregoing **Defendant TEGNA Inc.'s Corporate Disclosure Statement and Notification as to Affiliates** to be served on all counsel of record listed via the Court's ECF system.

I also certify that a copy was served by e-mail on the following:

| | |
|---|---|
| Evan R. Chesler<br>Julie North<br>Lillian Grossbard<br>Jesse Weiss<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue<br>New York, NY 10019<br>echesler@cravath.com<br>jnorth@cravath.com<br>lgrossbard@cravath.com<br>jweiss@cravath.com<br><br>*Attorneys for Defendant Hearst Television, Inc. (erroneously sued as Hearst Communications)* | Mazda K. Antia<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>mantia@cooley.com<br><br>John C. Dwyer<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>dwyerjc@cooley.com<br><br>J. Parker Erkmann<br>COOLEY LLP<br>1299 Pennsylvania Ave., NW, Suite 700<br>Washington, D.C. 2004<br>perkmann@cooley.com<br><br>*Attorneys for Defendant Gray Television, Inc.* |
| Jerome S. Fortinsky<br>Brian Hauser<br>SHEARMAN & STERLING LLP<br>599 Lexington Ave.<br>New York, NY 10022<br>jfortinsky@shearman.com<br>brian.hauser@shearman.com<br><br>*Attorneys for Defendant Sinclair Broadcast Group, Inc.* | Jay Cohen<br>William B. Michael<br>Daniel H. Levi<br>Christopher M. Tom<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br>jaycohen@paulweiss.com<br>wmichael@paulweiss.com<br>dlevi@paulweiss.com<br>ctom@paulweiss.com<br><br>*Attorneys for Defendant Tribune Media Co.* |

/s/ Sally K. Sears Coder