UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOZIER LAW FIRM LLC, on behalf of itself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>GRAY TELEVISION, INC.; HEARST COMMUNICATIONS; NEXSTAR MEDIA GROUP, INC.; TEGNA INC.; TRIBUNE MEDIA COMPANY; and SINCLAIR BROADCAST GROUP, INC.,<br><br>      Defendants. | No. 1:18-cv-05392<br><br>Hon. Virginia M. Kendall |

**DEFENDANT TRIBUNE MEDIA COMPLANY'S CORPORATE
DISCLOSURE STATEMENT AND NOTIFICATION AS TO AFFILIATES**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Tribune Media Company states that it is a publicly held corporation, it has no parent corporation, and no publicly held company owns more than five percent of Tribune Media Company.

Dated: September 4, 2018

               PAUL, WEISS, RIFKIND, WHARTON &
               GARRISON LLP

               By: /s/ Jay Cohen

               Jay Cohen (*pro hac vice* application pending)
               William Michael (*pro hac vice* application pending)
               Daniel H. Levi (*pro hac vice* application pending)
               1285 Avenue of the Americas
               New York, New York 10019-6064
               Telephone: (212) 373-3000
               Facsimile: (212) 757-3990
               jaycohen@paulweiss.com
               wmichael@paulweiss.com
               dlevi@paulweiss.com

               *Counsel for Defendant Tribune Media Company*

## **CERTIFICATE OF SERVICE**

I, Jay Cohen, certify that on September 4, 2018, I caused the foregoing Defendant Tribune Media Company's Corporate Disclosure Statement and Notification as to Affiliates to be served on all counsel of record listed via the Court's ECF system. I also certify that a copy was served by e-mail on the following:

| | |
|---|---|
| Evan R. Chesler<br>Julie North<br>Lillian Grossbard<br>Jesse Weiss<br>CRAVATH, SWAINE & MOORE LLP<br>825 Eighth Avenue New York, NY 10019<br>echesler@cravath.com<br>jnorth@cravath.com<br>lgrossbard@cravath.com<br>jweiss@cravath.com<br><br>*Counsel for Hearst Television, Inc.*<br>*(erroneously sued as Hearst Communications)* | Mazda K. Antia<br>COOLEY LLP<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>mantia@cooley.com<br><br>John C. Dwyer<br>COOLEY LLP<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>dwyerjc@cooley.com<br><br>J. Parker Erkmann<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>perkmann@cooley.com<br><br>*Counsel for Gray Television, Inc.* |

/s/ Jay Cohen