# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DOZIER LAW FIRM LLC, on behalf of itself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) GRAY TELEVISION, INC.; HEARST ) COMMUNICATIONS; NEXSTAR MEDIA ) GROUP, INC.; TEGNA INC.; TRIBUNE ) MEDIA COMPANY; and SINCLAIR ) BROADCAST GROUP, INC., ) ) Defendants. ) | Case No. 1:18-cv-05392<br><br>Hon. Virginia M. Kendall |

**EMERGENCY RENEWED UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND AND TO COMPLY WITH MIDP DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants Gray Television, Inc.; Hearst Television Inc.[1]; Nexstar Media Group, Inc.; TEGNA Inc.; Tribune Media Company; and Sinclair Broadcast Group, Inc. (collectively, "Defendants" and with Plaintiff, the "Parties"), respectfully renew their motion for an extension of time to answer or otherwise respond to Plaintiff Dozier Law Firm LLC's Complaint and to serve mandatory initial discovery and produce ESI. While the Court denied Defendant's initial request on August 31, 2018, Defendants now provide additional grounds for relief, including additional information concerning orders entered in related cases. If granted, this will be Defendants' first extension. Plaintiff does not oppose this motion. In support of the motion, Defendants respectfully state as follows:

---

[1] Plaintiff erroneously sued "Hearst Communications." This response is submitted by Hearst Television Inc., the correct entity.

1. On August 31, 2018, this Court denied Defendants' Unopposed Motion For Extension Of Time To Answer Or Otherwise Respond (Dkt. No. 18) and held that only extensions delineated in the Mandatory Initial Discovery Pilot Program ("Pilot Program") are permitted. (Dkt No. 23).

2. Among other matters, the Pilot Program exempts "cases transferred for consolidated administration in the District by the Judicial Panel on Multidistrict Litigation" from participation in the mandatory initial discovery required by the Pilot Program. *See* Standing Order Regarding Mandatory Initial Discovery Pilot Project.

3. This case and at least five other cases involving the same factual allegations and asserting a claim for violation of Section 1 of the Sherman Act on behalf of the same or a similar putative class have been listed as related actions in a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML").[2] No party before the JPML opposes consolidation, although the parties disagree as to *where* the case should be consolidated. The JPML is scheduled to hear argument on that motion on September 27, 2018. ECF No. 25. In light of the number of related cases and support of all parties for consolidation, there are strong grounds for consolidation.

4. The Parties believe that allowing the MDL to first rule on the Transfer Motion before requiring Defendants to answer or respond to the Complaint, serve initial discovery, and produce ESI in this case comports with the spirit, if not the letter, of the Pilot Program and allows the Court and the Parties to proceed in the most efficient and expeditious path possible.

---

[2] *Law Offices of Peter Miller, P.A.* v. *Sinclair Broadcast Group, Inc. et al.*, 18-cv-2316 (D. Md.); *Ford* v. *Sinclair Broadcast Group, Inc., et al.*, 18-cv-2372 (D. Md.); *Clay, Massey & Associates, P.C.* v. *Gray Television, Inc., et al.*, 18-cv-5197 (N.D. Ill.); *Gibbons Ford, LP* v. *Gray Television, Inc., et al*, 18-cv-5555 (N.D. Ill.); *Forbes* v. *Gray Television, Inc., et al.*, 18-cv-5708 (N.D. Ill.) (each a "Related Action"). Two other cases were recently filed and will be brought to the JPML's attention as additional related actions: *My Philly Lawyer v. Sinclair Broadcast Group, Inc.. et al.*, 18-cv-2713 (D. Md.), filed on August 31, 2018; and *Crowley Webb and Associates, Inc., v. Hearst Communications, Inc., et al.* 18-cv-0796 (S.D. NY), filed on September 5, 2018.

5. *Gibbons Ford, LP* v. *Gray Television, Inc., et al*, 18-cv-5555 (N.D. Ill.), a Related Action, like this case, has been designated to take part in the Pilot Program. On September 4, 2018, the *Gibbons Ford* court granted the parties' motion for an extension in part and held that: if the MDL Panel denies the motion to conditionally transfer then Defendants shall respond to the complaint within 20 days of the MDL Panel's denial. The court also struck the initial status hearing and required the parties to file their joint initial status report by October 31, 2018.

6. Similarly, in *Clay, Massey & Associates, P.C. v. Gray Television, Inc., et al*, 18-cv-5197 (N.D. Ill.), the court granted the parties' motion for an extension in part, striking the response deadline and initial status conference and ordering the parties to file a status report on the JPML proceedings by October 2, 2018.

7. Defendants respectfully submit that good cause – consistent with the policy of the Pilot Program – supports briefly extending Defendants' deadline to respond to the complaint, serve mandatory initial disclosures, and produce ESI until the MDL rules on the pending Transfer Motion.

8. Further, the *Gibbons Ford* Court's short extension to the response deadlines in that case – which is designated to participate in the Pilot Program – also provides good cause.

9. Extending Defendants' time to answer or otherwise respond to the Complaint, serve mandatory initial discovery, and produce ESI would conserve the Court and Parties' resources by avoiding the need for duplicative briefing. This is among the prime concerns of transfer under § 1407. *See Gelboim v. Bank of Am. Corp.*, 135 S. Ct. 897, 903 (2015) (describing the aims of § 1407 as including "reduc[ing] litigation cost" and "sav[ing[ the time and effort of the parties, attorneys, . . . and the courts"). If there is a consolidated master complaint, this would allow Defendants to file a single answer or motion to dismiss.

10. Extending Defendants' time to answer or otherwise respond to the Complaint would also avoid the risk of inconsistent outcomes across Related Actions. Every case will involve litigation of the same core factual and legal questions presented by these cases.

11. Further, the extension will allow the Parties to further investigate the allegations in the Complaint.

12. Plaintiff does not oppose the requested brief extension and will not be prejudiced if this Court defers Defendants' obligation to file responsive motions or a pleading in response to the Complaint. The MDL Panel is scheduled to hear this case on September 27, 2018, and is likely to issue a decision shortly thereafter, likely deferring responsive pleadings and motions for only a short period of time.

WHEREFORE, Defendants respectfully request the Court enter an order extending the Defendants' time to answer or otherwise respond to the Complaint until 20 days from denial of the Transfer Motion and extending the time of those Defendants who have already responded to the Complaint to serve mandatory initial discovery until 20 days from denial of the Transfer Motion and to produce ESI until 10 days thereafter. Nothing in this motion is intended to prevent any transferee court from setting any response or hearing deadline it deems appropriate.

Dated: September 5, 2018                    Respectfully submitted,

| | |
|---|---|
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | SHEARMAN & STERLING LLP |
| By: /s/ Jay Cohen (with permission) | By: /s/ Jerome Fortinsky (with permission) |

Jay Cohen (*pro hac vice* forthcoming)
William Michael (*pro hac vice* forthcoming)
Daniel H. Levi (*pro hac vice* forthcoming)
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
jaycohen@paulweiss.com
wmichael@paulweiss.com
dlevi@paulweiss.com

*Counsel for Defendant Tribune Media Company*

Jerome S. Fortinsky (*pro hac vice* forthcoming)
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
jfortinsky@shearman.com

Brian Hauser
401 9th Street, N.W.
Suite 800
Washington, DC 20004-2128
Telephone: (202) 508-8000
Facsimile: (202) 508-8100
brian.hauser@shearman.com

*Counsel for Defendant Sinclair Broadcast Group, Inc.*

| | |
|---|---|
| KIRKLAND & ELLIS LLP | CRAVATH SWAINE & MOORE LLP |
| By: /s/ Eliot Adelson | By: /s/ Julie A. North (with permission) |
| | A member of the firm |

Eliot A. Adelson (*pro hac vice*)
555 California Street, 29th Floor
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
eliot.adelson@kirkland.com

James H. Mutchnik
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
james.mutchnik@kirkland.com

*Counsel for Defendant Nexstar Media Group, Inc.*

Evan R. Chesler (*pro hac vice* forthcoming)
Julie A. North (*pro hac vice* forthcoming)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
echesler@cravath.com
jnorth@cravath.com

*Counsel for Defendant Hearst Television Inc. (erroneously sued as Hearst Communications)*

| | |
|---|---|
| JENNER & BLOCK LLP | COOLEY LLP |
| By: /s/ Sally K. Sears Coder (with permission) | By: /s/ Peter A. Silverman |
| Ross B. Bricker<br>Sally K. Sears Coder<br>353 N. Clark St.<br>Chicago, IL 60654<br>Telephone: (312) 222-9350<br>Facsimile: (212) 527-0484<br>rbricker@jenner.com<br>ssearscoder@jenner.com | Mazda K. Antia (*pro hac vice* forthcoming)<br>Jon F. Cieslak (*pro hac vice* forthcoming)<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Telephone: (858) 550-6400<br>Facsimile: (858) 550-6420<br>mantia@cooley.com<br>jcieslak@cooley.com |
| *Counsel for Defendant TEGNA Inc.* | John C. Dwyer (*pro hac vice* forthcoming)<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Telephone: (650) 843-5000<br>Facsimile: (650) 849-7400<br>dwyerjc@cooley.com |
| | J. Parker Erkmann (*pro hac vice* forthcoming)<br>1299 Pennsylvania Ave., NW<br>Suite 700<br>Washington, D.C. 2004<br>Telephone: (202) 842-7800<br>Facsimile: (202) 842-7299<br>perkmann@cooley.com |
| | FIGLIULO & SILVERMAN, P.C.<br>Peter A. Silverman<br>10 S. LaSalle Street, Suite 3600<br>Chicago, IL 60603<br>Telephone: (312) 251-4600<br>Facsimile: (312) 251-4610<br>PSilverman@fslegal.com |
| | *Counsel for Defendant Gray Television, Inc.* |

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he caused a copy of the attached **EMERGENCY RENEWED UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND AND TO COMPLY WITH MIDP DEADLINES** to be electronically filed with the Clerk of the Court on September 5, 2018. Notice of this filing will be served upon counsel of record via Electronic Notification by the District Court's ECF Filing System.

    /s/ Peter A. Silverman