# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# ORDER OF THE EXECUTIVE COMMITTEE

It appearing that the Hon. Virginia M. Kendall is presiding in MDL 2867 (18 CV 6785, In Re: Local TV Advertising Antitrust Litigation); and

It further appearing that 18 CV 5392, Dozier Law Firm LLC v. Gray Television, Inc., et al., currently pending before the Hon. Virginia M. Kendall and Magistrate Judge Mary M. Rowland; and

It further appearing that, 18 CV 5392, Dozier Law Firm LLC v. Gray Television, Inc., et al., currently pending before the Hon. Virginia M. Kendall and Magistrate Judge Mary M. Rowland falls within the scope of MDL 2867; therefore

It is hereby ordered that the Clerk is to reassign 18 CV 5392, Dozier Law Firm LLC v. Gray Television, Inc., et al., to the Hon. Virginia M. Kendall and Magistrate Judge Susan E. Cox.

**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Hon. Rubén Castillo, Chief Judge

Dated at Chicago, Illinois this 29th day of April, 2019